# Civil Suit

In the amount of Six Hundred Fifty Thousand in cash

Joshua Butler

Vs. Antioch Police Department
R White

* Butler request to sue in forma pauperis pro se packet

* Seeks money damages
wrongful conviction claim
2013
Medical Neglect Case

Joshua
J Butler

IN THE UNITED STATES
DISTRICT COURT OF CALIFORNIA
CO. CO

Joshua Butler

vs

Antioch Police Department
R WHITE

\* Butler Request to SUE
IN FORMA PUAPERIS "PROSE"
PACKET

Six Hundred Fifty Thousand
IN CASH

$650,000

Claims Against public Employee

30:3.

In most cases, public entities are financially responsible for judgments against their employees Law Revision Commission to Gov Code § 950.2 and see Gov. Code § 825] As a Result, Actions Against current or former public employee for injury resulting from Acts or omissions within scope of Their employment.

California Civil Practice Torts §30:3 § 911.4
For Leave to Present Late Claim §§ 912.4 to 913.