Joshua Butler CC21MP 340 #
5555 Giant Hwy Richmond
94806

TO OFFICE OF THE CLERK U.S.
District Court Northern
District of California
450 Golden Gate Avenue
San Francisco, California 94102

RECEIVED
AUG 06 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

OAKLAND CA 945
AUG 2021 PM 7 L

FOREVER / USA

